UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF BENJAMIN P. URBELIS<br>FOR EXONERATION FROM AND/OR<br>LIMITATION OF LIABILITY,<br>CIVIL AND MARITIME | CIVIL ACTION<br>NO. 15-12358-ADB |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT PURSUANT TO RULE F(5) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS**

Now comes the Plaintiff, Benjamin P. Urbelis, as owner of the M/V NAUT GUILTY, in the above entitled action, by and through his undersigned counsel, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court pursuant to Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims to default all persons who have not filed Claims as Ordered by this Honorable Court on August 10, 2015.  The Plaintiff submits as grounds therefore that the Plaintiff has complied with all the requirements contained in Rule F(4) concerning publication and notice and that the time in which Claims were to be filed expired on September 25, 2015.  *See attached Affidavit of Plaintiff's counsel attached hereto as* **Exhibit A**.

**WHEREFORE**, the Plaintiff, Benjamin P. Urbelis, prays that this Honorable Court enter default against all persons who failed to file claims by September 25, 2015 in accordance with the Supplemental Rules for Certain Admiralty and Maritime Claims.

        Respectfully submitted
        by his attorneys,
        **CLINTON & MUZYKA, P.C.**

        "/s/Terence G. Kenneally"
        **Terence Kenneally**
        **BBO NO: 642124**
        88 Black Falcon Avenue
        Suite 200
        Boston, MA 02210
        Tel:   (617) 723-9165
        Fax:  (617) 720-3489
        Email:
        tkenneally@clinmuzyka.com

## LOCAL RULE 7.1(A) (2) CERTIFICATE

Boston, MA                            September 28, 2015

     I, Terence G. Kenneally, hereby certify that this motion is filed as a matter of procedure in this Limitation Action and follows the Court's Order Directing Issuance of Notice and Restraining Suits, *Docket Entry No. 15*, dated August 10, 2015.

        "/s/ Terence G. Kenneally"
        Terence G. Kenneally

## CERTIFICATE OF SERVICE

     Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 28, 2015.

        "/s/ Terence G. Kenneally"
        Terence G. Kenneally