UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF BENJAMIN P. URBELIS FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | CIVIL ACTION NO. 15-12358-ADB |

## PLAINTIFF'S REPORT OF CLAIMS

Pursuant to Rule F(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff reports that the following Claims have been filed with United States District Court, District of Massachusetts in the above entitled action.

1. **Chaparral Boats, Inc.**
   Claimant's Attorneys: Brad Gandrup
   Samuel P. Blatchley
   Pierce Atwood, LLP
   100 Summer Street, Suite 2250
   Boston, MA 02110
   (617) 488-8100
   bgandrup@pierceatwood.com
   sblatchley@pierceatwood.com

   Nature of Claim:    Negligence
   Amount of Claim:    Unspecified


2. **Nicole Berthiaume**
   Claimant's Attorneys: John E. Brady
   Brady / Callahan
   56 Main Street, Suite 303
   P.O. Box 39
   Springfield, VT 05156
   (802) 885-2001 ext. 302
   jbrady@bradycallahan.com

   Dennis O. Shillen
   Shillen
   56 Main Street, Suite 303
   P.O. Box 39
   Springfield, VT 05156
   (802) 457-4848
   dshillen@promotingjustice.com

   Nature of Claim:  Personal Injury / Negligence
   Amount of Claim:  $25,000,000.00

3. **Volvo Penta of the Americas, LLC**
   Claimant's Attorneys: Paul T. Muniz
           Michael E. Coghlan
           Donovan Hatem, LLP
           53 State Street, 8th Floor
           Boston, MA 02109
           (617) 406 4526
           pmuniz@donovanhatem.com
           mcoghlan@donovanhatem.com

   Nature of Claim:  Negligence
   Amount of Claim:  Unspecified

          Respectfully submitted
          by his attorneys,
          **CLINTON & MUZYKA, P.C.**

          "/s/Terence G. Kenneally"
          **Terence Kenneally**
          **BBO NO: 642124**
          88 Black Falcon Avenue
          Suite 200
          Boston, MA 02210
          Tel: (617) 723-9165
          Fax: (617) 720-3489
          Email:
          tkenneally@clinmuzyka.com

## **CERTIFICATE OF SERVICE**

  Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 28, 2015.

          "/s/ Terence G. Kenneally"
          Terence G. Kenneally