UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMPLAINT OF BENJAMIN P. URBELIS
FOR EXONERATION FROM AND/OR
LIMITATION OF LIABILITY, CIVIL AND
MARITIME

CIVIL ACTION NO. 15-12358-ADB

**AFFIDAVIT OF DEBORAH S. VERLEY
IN SUPPORT OF ADMISSION *PRO HAC VICE***

I, Deborah S. Verley, state as follows under the penalties of perjury:

1. I am an attorney with the firm of Quintairos, Prieto, Wood & Boyer, P.A., located at 9300 S. Dadeland Blvd., 4th Floor, Miami, FL 33156.

2. I am a member in good standing of the bar of the State of Florida and have been since 1998.

3. I am also admitted to the bar of the U.S. District Court for the Southern District of Florida and have been since 2003.

4. I am also a member of the bar of the U.S. Eleventh Circuit Court of Appeals and have been since 2005.

5. There are no disciplinary actions pending against me in any of the above-listed jurisdictions and never have been.

6. I am in good standing with the bar of each court I have been admitted to practice before.

7. I am familiar with the local rules of the District of Massachusetts and that my Application is made by Paul T. Muniz, a member in good standing of the bar of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States and the Commonwealth of Massachusetts that the foregoing is true and accurate.

Executed: October 2, 2015

_____
Deborah S. Verley

### CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015, I electronically filed and served the foregoing document with the United States District Court for the District of Massachusetts by using the CM/ECF.

/s/ Paul T. Muniz
_____